# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| RAUL R., | Case No. 25-cv-4088 (LMP/DJF) |
| Petitioner, | |
| v. | **ORDER** |
| PLYMOUTH COUNTY CORRECTIONAL and DEPARTMENT OF HOMELAND SECURITY, | |
| Respondents. | |

Petitioner Raul R.—an immigration detainee at the Plymouth County Correctional Facility near Plymouth, Massachusetts—has filed a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2241. *See* ECF No. 1. This Court has no authority to grant Petitioner the relief he seeks, however, as he is not being detained in this District, but rather at a facility located within the geographical boundaries of the United States District Court for the District of Massachusetts. *See* 28 U.S.C. § 2241(a) ("Writs of habeas corpus may be granted by the Supreme Court, any justice thereof, the district courts and any circuit judge within their respective jurisdictions."). Indeed, this District appears to have no relation whatsoever to Petitioner's ongoing detention, and there is reason to believe that Petitioner intended to initiate this proceeding in the District of Massachusetts, as the habeas petition is captioned with that venue.

"The district court of a district in which is filed a case laying venue in the wrong division or district shall dismiss, or if it be in the interest of justice, transfer such case to

1

any district or division in which it could have been brought." 28 U.S.C. § 1406(a). The Court has conducted a preliminary review of the habeas petition and concludes that transfer of the habeas petition would be in the interests of justice. Accordingly, this matter will be transferred to the District of Massachusetts pursuant to § 1406(a).

ORDER

Based on the foregoing, and on all of the files, records, and proceedings herein, IT IS HEREBY ORDERED that this action be TRANSFERRED to the United States District Court for the District of Massachusetts pursuant to 28 U.S.C. § 1406(a).

Dated: October 23, 2025	*s/Laura M. Provinzino*
Laura M. Provinzino
United States District Judge